UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BARBARA STUART ROBINSON,  )
                          )  CASE NO. C10-0112-MAT
       Plaintiff,         )
                          )
       v.                 )
                          )  MINUTE ORDER
GREEN RIVER COMMUNITY COLLEGE, )
et al.,                   )
                          )
       Defendants.        )
_____)

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

Plaintiff withdrew her motion to default.  (Dkts. 19 & 36.)   Accordingly, defendants need not respond to the withdrawn motion.

DATED this <u>3rd</u> day of May, 2010.

                                            BRUCE RIFKIN, Clerk

                                      By: s/ Gary W. Burnopp
                                           Deputy Clerk

MINUTE ORDER
PAGE -1